UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELM ONE CALL LOCATORS, INC., et al. | Case No.:  25-cv-1049-AGS-MSB |
| Plaintiffs/Counter-Defendants, | **ORDER ON SUMMARY JUDGMENT MOTIONS** |
| v. | |
| LYTX, INC., | |
| Defendant/Counter-Claimant. | |

On May 4, 2026, the Court held a motion hearing. For the reasons and to the extent set out on the record, defendant/counter-claimant Lytx's summary-judgment motion (ECF 33) is granted in part and denied in part and plaintiff/counter-defendant ELM One Call Locator's summary-judgment cross-motion (ECF 37) is denied. The Clerk is directed to enter a judgment in Lytx's favor on both of its counterclaims. (*See* ECF 20.) As to Counterclaim 1, the Clerk will enter judgment in the amount of $275,400. As to Counterclaim 2, the Clerk will enter a declaratory judgment that ELM breached the parties' contract. As to ELM's original complaint, the Clerk will enter a judgment in Lytx's favor as to Count 2. (*See* ECF 1.) Finally, by agreement of the parties, the Clerk will enter judgment in ELM's favor on Count 1 of its complaint, and the Court enters a declaration that ELM and its new servicer did not tortiously interfere with Lytx's contract. The Clerk must then close this case.

Dated:  May 4, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

25-cv-1049-AGS-MSB